## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Andrew Mitchell Henry<br>Tanayah Renee James<br>aka Tanayah Henry | CHAPTER 7<br><br>BKY. NO. 19-16707 MDC |
| Debtors | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                      Respectfully submitted,
                      **/s/ Rebecca A. Solarz Esquire**
                      Rebecca A Solarz, Esquire
                      KML Law Group, P.C.
                      701 Market Street, Suite 5000
                      Philadelphia, PA 19106-1532
                      (215) 627-1322